**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re:  DELBERT HENRY DUTCHER    :        Case No. 13-51956
and DOLORES PAULINE DUTCHER   :
                              :        Chapter 13
    Debtors.                  :
                              :        Judge Caldwell
                              :

**AMENDMENT TO SCHEDULES I & J**

Now comes the Debtor, Dolores Pauline Dutcher, by and through counsel, who hereby submits the attached Amended Schedules I & J to replace the ones which were originally scheduled with her Bankruptcy Petition. All other information listed on the previously filed schedules are correct as previously filed.

 /s/ Robert R. Goldstein
Robert R. Goldstein (0059561)
Attorney for Debtor
2734 E. Main Street
Columbus, Ohio 43209
(614) 231-0003
(fax) 231-1189
Email:  bob@goldsteinlawohio.com

B6I (Official Form 6I) (12/07)

In re **Delbert Henry Dutcher / Dolores Pauline Dutcher**, Debtor(s)    Case No. **2:13-bk-51956**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **deceased** | **homemaker** |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---:|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): **Social Security** | $ 0.00 | $ 1,493.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): **oil royalties** | $ 0.00 | $ 17.25 |
| **assistance from family** | $ 0.00 | $ 100.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 1,610.25 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 1,610.25 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 1,610.25 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**none**

B6J (Official Form 6J) (12/07)

In re **Delbert Henry Dutcher**
**Dolores Pauline Dutcher**                                   Case No.   **2:13-bk-51956**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 606.00 |
|    a. Are real estate taxes included?   Yes ___   No **X** | |
|    b. Is property insurance included?   Yes ___   No **X** | |
| 2. Utilities:   a. Electricity and heating fuel | $ 120.00 |
|             b. Water and sewer | $ 0.00 |
|             c. Telephone | $ 50.00 |
|             d. Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 20.00 |
| 4. Food | $ 130.00 |
| 5. Clothing | $ 10.00 |
| 6. Laundry and dry cleaning | $ 5.00 |
| 7. Medical and dental expenses | $ 75.00 |
| 8. Transportation (not including car payments) | $ 40.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|      a. Homeowner's or renter's | $ 73.00 |
|      b. Life | $ 0.00 |
|      c. Health | $ 168.00 |
|      d. Auto | $ 76.00 |
|      e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify)  **Real Estate Taxes** | $ 60.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|      a. Auto | $ 0.00 |
|      b. Other | $ 0.00 |
|      c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other   **trash pick-up** | $ 15.00 |
|      Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ **1,448.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ 1,610.25 |
| b.   Average monthly expenses from Line 18 above | $ 1,448.00 |
| c.   Monthly net income (a. minus b.) | $ 162.25 |

## **Debtors Verification**

      I declare under penalty of perjury that I have read the attached amendment and have reviewed the attached amended schedules and that they are true and correct to the best of my knowledge, information or belief.


 /s/ Dolores Pauline Dutcher                         Dated:   10-20-15
Dolores Pauline Dutcher, Debtor

## CERTIFICATE OF SERVICE

   I hereby certify that on October 26, 2015, a copy of the foregoing Amended Schedules I & J were served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

Frank M. Pees

Assistant U.S. Trustee (Col)

Capital One, NA

William B. Logan, Jr. on behalf of Creditor, The Savings Bank

Brian M. Gianangeli on behalf of Creditor, Ohio Department of Taxation

and on the following by ordinary U.S. Mail addressed to:

Dolores Pauline Dutcher
22024 Smith-Hulse Road
Circleville, OH 43113-9647

               /s/ Robert R. Goldstein
               Robert R. Goldstein (0059561)
               Attorney for Debtor